BRIAN T. McMILLAN, Bar No. CA 111890
MICHAEL W. WARREN, Bar No. CA 223642
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150
Facsimile: 408.288.5686
Email: bmcmillan@littler.com
Email: mwarren@littler.com

Attorneys for Defendant
COINSTAR, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LLOYD D. HAMBLIN, HOLLY HAMBLIN, <br><br>Plaintiffs, <br><br>v. <br><br>COINSTAR, INC., a corporation, and DOES 1 through 30, inclusive, <br><br>Defendants. | Case No. <br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Coinstar, Inc., (hereinafter "Defendant") hereby removes to this Court the state court action described below:

1. On April 2, 2007, an action was commenced in the Superior Court of the State of California in and for the County of Shasta, entitled Lloyd D. Hamblin, Holly Hamblin v. Coinstar, Inc., and Does 1 through 30, as Case Number 159817, a copy of which is attached hereto as Exhibit A.

2. The Complaint was first served on Defendant on June 1, 2007. A copy of Plaintiffs' Summons is attached hereto as Exhibit B.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

NOTICE OF REMOVAL OF ACTION UNDER
28 U.S.C. § 1441(b) (DIVERSITY)

3. Defendant filed a General Denial and Affirmative Defenses to Plaintiffs' Complaint with the Shasta County Superior Court on June 22, 2007. A copy of Defendant's General Denial and Affirmative Defenses is attached hereto as Exhibit C. This document, together with Exhibits A and B, represent the entire state court file in this matter.

4. **JURISDICTION:** This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b). Specifically, this is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, because Plaintiffs are claiming that they suffered general damages, punitive damages, and special damages as a result of Defendant's alleged conduct.

5. Defendant is informed and believes that Plaintiffs, at all relevant times, were and still are, citizens of the state of California.

6. Defendant was, at the time of the filing of this action, and still is, a corporation under the laws of the state of Delaware, and has its principal place of business in Bellevue, Washington.

7. The defendants designated as DOES 1 through 100 are fictitious defendants and are not parties to this action. Unnamed defendants sued as Does are not required to join in a removal petition, and their citizenship is disregarded for purposes of removal. 28 U.S.C. § 1441(a); *Fristos v. Reynolds Metal Company*, 615 F.2d 1209, 1213 (9th Cir. 1980).

WHEREFORE, Defendant now prays that the above action now pending against Defendant in the Superior Court for the State of California, County of Shasta, Case No. 159817, be removed therefrom to this Court.

June 25, 2007.

/s/ Michael W. Warren

MICHAEL W. WARREN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
COINSTAR, INC.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

2. NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)

## PROOF OF SERVICE BY MAIL

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 50 West San Fernando Street, 14th Floor, San Jose, California 95113.2303. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On June 26, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**

in a sealed envelope, postage fully paid, addressed as follows:

Rodney J. Key, Esq.
Law Offices of Rodney J. Key
1428 West Street
Redding, CA 96001

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 26, 2007, at San Jose, California.

_____
Leigh Ann Taaffe

Firmwide:82671810.1 056957.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

3.

NOTICE OF REMOVAL OF ACTION UNDER
28 U.S.C. § 1441(b) (DIVERSITY)

**EXHIBIT A**

Rodney J. Key, SBN 125308
LAW OFFICES OF RODNEY J. KEY
1428 West Street
Redding, CA 96001
Telephone: (530) 242-2133
FAX: (530) 242-2135

Attorney for Plaintiffs

**FILED**

APR 0 2 2007

CLERK OF THE SUPERIOR COURT
BY: K. BESANA, DEPUTY CLERK

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SHASTA

| | |
|---|---|
| LLOYD D. HAMBLIN, HOLLY HAMBLIN,<br><br>Plaintiffs,<br><br>vs.<br><br>COINSTAR, INC., a corporation, and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO. **159817**<br><br>COMPLAINT FOR DAMAGES |

Comes now Plaintiffs LLOYD D. HAMBLIN and HOLLY HAMBLIN and allege as follows:

**GENERAL ALLEGATIONS**

1. That Defendant COINSTAR, INC. is a corporation organized and existing under the laws of the State of California and is an entity subject to suit under the California Fair Employment and Housing Act, Government Code § 12900 et sec. (hereinafter, the FEHA) in that Defendant is an employer who

1

RODNEY J. KEY
Attorney at Law
1428 West Street
Redding, CA 96001
FAX: 530.242.2135
TEL: 530.242.2133

COMPLAINT FOR DAMAGES

regularly employs five or more persons.

2. Plaintiffs are ignorant of the true names and capacities of Defendants sued herein as Does 1-30, inclusive, and therefore sues these defendants by such fictitious names. Plaintiffs will amend this complaint to allege their true names and capacities when ascertained. Plaintiffs are informed and believe and thereon allege that each of these fictitiously named defendants is responsible in some manner for the occurrences herein alleged, and that Plaintiffs' injuries as herein alleged were proximately caused by the aforementioned defendants.

3. Plaintiffs are informed and believe and thereon allege that at all times herein mentioned each of the defendants was the agent and employee of each of the remaining defendants in, in doing the things hereinafter alleged, was acting within the course and scope of such agency and employment.

4. The unlawful employment practices complained of herein occurred in Shasta County, California.

5. Plaintiffs Lloyd D. Hamblin and Holly Hamblin are adult persons and residents of the County of Shasta, State of California.

6. As a result of a motor vehicle collision on November 5, 2005, Plaintiff Lloyd D. Hamblin, asserted a workers' compensation claim.

/ / / /

2

COMPLAINT FOR DAMAGES

RODNEY J. KEY
Attorney at Law
1428 West Street
Redding, CA 96001
FAX: 530.242.2135
TEL: 530.242.2133

## I.

## FIRST CAUSE OF ACTION

### TERMINATION IN VIOLATION OF PUBLIC POLICY
(GOVERNMENT CODE § 12940(h); LABOR CODE § 132(a))

7. Plaintiffs restate and incorporate herein by reference, as though fully set forth, paragraphs 1 through 6 of this Complaint.

8. Defendant COINSTAR, INC. was aware of Plaintiff, LLOYD D. HAMBLIN's motor vehicle collision as set forth in paragraph 6, above, because Plaintiffs informed Defendant of the accident.

9. Defendant COINSTAR, INC. denied Plaintiff, LLOYD D. HAMBLIN, coverage under its workers' compensation policy and retaliated by terminating his employment as a result of his filing said claim.

10. At all times herein mentioned, Plaintiff was willing and able to perform the duties and function of his position.

11. Defendants' actions in terminating Plaintiff, as alleged above, constituted a violation of public policy on account of Plaintiff's submitting a workers' compensation claim.

12. As a proximate result of Defendants' actions against Plaintiff, as alleged above, Plaintiff, LLOYD D. HAMBLIN, has been harmed in that Plaintiff has suffered the loss of wages, salary, benefits and additional amounts of money Plaintiff would have received had the retaliatory action not been taken. As a

RODNEY J. KEY
Attorney at Law
1428 West Street
Redding, CA 96001
FAX: 530.242.2135
TEL: 530.242.2133

COMPLAINT FOR DAMAGES

result of such discrimination and consequent harm, Plaintiff has suffered such damages and amount according to proof.

13. As a further proximate result of Defendants' discriminatory actions against Plaintiff, as alleged above, Plaintiff has been harmed in that Plaintiff has suffered the intangible loss of such employment related opportunities such as continued experience in the position that he held. As a result of such discrimination and consequent harm, Plaintiff has suffered such damages in an amount according to proof.

14. As a further proximate result of the Defendants' discriminatory actions against Plaintiff, as alleged above, Plaintiffs, LLOYD D. HAMBLIN and HOLLY HAMBLIN, have been harmed in that Plaintiffs have suffered humiliation, mental anguish, and emotional and physical distress and have been injured in mind as a result of depression and anxiety over the lack of employment. As a result of such discrimination and consequent harm, Plaintiffs have suffered such damages in an amount according to proof.

15. The above-recited actions of Defendants were done with malice, fraud or oppression in reckless disregard of Plaintiff's rights under FEHA. Specifically, Defendant COINSTAR, INC. not only allowed, but condoned, Plaintiff's supervisors in humiliating and ridiculing Plaintiff for his making a workers' compensation claim.

16. On April 2, 2007, and within one year of the date of

4

COMPLAINT FOR DAMAGES

RODNEY J. KEY
Attorney at Law
1428 West Street
Redding, CA 96001
FAX: 530.242.2135

the termination of employment of Plaintiff, LLOYD D. HAMBLIN, by Defendants, Plaintiff filed a charge of a violation of public policy with the California Department of Fair Employment and Housing.

WHEREFORE, Plaintiffs pray judgment as follows:

1. For back pay, front pay and other monetary relief according to proof;

2. For general damages according to proof;

3. For punitive damages in amount appropriate to punish Defendant for its' wrongful conduct and set an example for others;

4. For interest on the sum of awarded calculated from the date of discrimination to the date of judgment;

5. For reasonable attorney's fees and cost pursuant to Government Code § 129565 (b);

6. For costs of suit incurred herein;

7. For such other and further relief as the court deems proper.

Dated: April 2, 2007                LAW OFFICES OF RODNEY J. KEY


By: _____
    RODNEY J. KEY
    Attorney for Plaintiffs,
    Lloyd D. Hamblin and
    Holly Hamblin

5

COMPLAINT FOR DAMAGES

# EXHIBIT B

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

COINSTAR, INC., a corporation, and
DOES 1 through 30, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

LLOYD D. HAMBLIN, HOLLY HAMBLIN

**SUM-100**

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

# FILED

APR 0 3 2007

CLERK OF THE SUPERIOR COURT
BY: K. BESANA, DEPUTY CLERK

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*

SHASTA COUNTY SUPERIOR COURT
1500 Court Street
Redding, CA 96001

CASE NUMBER: 159817
*(Número del Caso)*

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

RODNEY J. KEY, SBN 125308          Telephone: (530) 242-2133
Law Offices of Rodney J. Key       FAX:       (530) 242-2135
1428 West Street, Redding, CA 96001

DATE:                              Clerk, by  K. BESANA                    , Deputy
*(Fecha)*   APR 0 3 2007           *(Secretario)*                          *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citation use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):*   COINSTAR, INC.

   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☒ by personal delivery on *(date):* 6-1-07 2:55/m

Page 1 of 1

Form Adopted for Mandatory Use                                     Code of Civil Procedure §§ 412.20, 465

# EXHIBIT C

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | TELEPHONE NO.: (408) 998-4150 | FOR COURT USE ONLY |
|---|---|---|
| Brian T. McMillan, CSB 111890<br>Michael W. Warren, CSB 223642<br>Littler Mendelson<br>A Professional Corporation<br>50 West San Fernando St., 14th Floor<br>San Jose, CA 95113<br>ATTORNEY FOR (Name): Defendant Coinstar, Inc. | | FILED<br>JUN 2 2 2007<br>CLERK OF THE SUPERIOR COURT<br>BY: C. HARTMAN, DEPUTY CLERK |
| Insert name of court, name of judicial district, and branch court, if any:<br>Shasta County Superior Court | | |
| PLAINTIFF: LLOYD D. HAMBLIN and HOLLY HAMBLIN | | |
| DEFENDANT: COINSTAR, INC., and DOES 1 through 30, inclusive. | | |
| GENERAL DENIAL | | CASE NUMBER:<br>159817 |

**BY FAX**

You MUST use this form for your general denial if the amount asked for in the complaint or the value of the property involved is $1,000 or less.

You MAY use this form if:
1. The complaint is not verified, OR
2. The complaint is verified, and the action is subject to the economic litigation procedures of the municipal and justice courts, EXCEPT

You MAY NOT use this form if the complaint is verified and involves a claim for more than $1,000 that has been assigned to a third party for collection.

(See Code of Civil Procedure sections 90-100, 431.30, and 431.40.)

1. DEFENDANT(S) (Name): Coinstar, Inc.
generally denies each and every allegation of plaintiff's complaint.

2. ☒ DEFENDANT(S) states the following FACTS as separate affirmative defenses to plaintiff's complaint (attach additional pages if necessary):

PLEASE SEE ATTACHED

Date: June 22, 2007

MICHAEL W. WARREN
(TYPE OR PRINT NAME)         (SIGNATURE OF DEFENDANT OR ATTORNEY)

If you have a claim for damages or other relief against the plaintiff, the law may require you to state your claim in a special pleading called a cross-complaint or you may lose your claim. (See Code of Civil Procedure sections 426.10-426.40.)

The original of this General Denial must be filed with the clerk of this court with proof that a copy was served on each plaintiff's attorney and on each plaintiff not represented by an attorney. (See the other side for a proof of service.)

Form Adopted by Rule 982
Judicial Council of California
982(a)(13) (Rev. 1/1/87)

**GENERAL DENIAL**

CCP 431.30, 431.40

# LLOYD D. HAMBLIN and HOLLY HAMBLIN v. COINSTAR, INC.

## Shasta County Superior Court

## Case No. 159817

## AFFIRMATIVE DEFENSES

AS AND FOR A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH AND EVERY CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendant Coinstar, Inc., (hereinafter "Defendant"), alleges:

That Plaintiffs' Complaint fails to allege facts sufficient to constitute any cause of action or to set forth a claim upon which relief can be granted.

AS AND FOR A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendant alleges:

That based on information and belief that the Complaint and each cause of action alleged therein are barred by the applicable statues of limitations, including but not limited to, California Government Code sections 12960 and 12965, and California Code of Civil Procedure section 335.1.

AS AND FOR A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION SET FORTH PLAINTIFF'S COMPLAINT, Defendant alleges:

That Plaintiffs have failed to timely exhaust their administrative remedies with the Department of Fair Employment and Housing and/or the Equal Employment Opportunity Commission, the exhaustion of which is a condition precedent to the maintenance of this action.

AS AND FOR A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendant alleges:

That all employment decisions made by Defendant which affected Plaintiff Lloyd Hamblin were made without malice, in good faith and for legitimate business reasons.

AS AND FOR A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendant alleges:

That to the extent during the course of this litigation Defendant acquires any evidence of wrongdoing by Plaintiffs and the wrongdoing would have materially affected the terms and

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 WEST SAN FERNANDO ST.
14TH FLOOR
SAN JOSE, CA 95113.2303
408.998.4150

conditions of Plaintiff Lloyd Hamblin's employment or would have resulted in Plaintiff Lloyd Hamblin either being demoted, disciplined, or terminated, such after-acquired evidence shall bar Plaintiffs' claim on liability or damages or shall reduce such claim or damages as provided by law.

AS AND FOR A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendant alleges:

That Plaintiffs' Complaint and each of its causes of action are barred because all acts of Defendant affecting the terms and conditions of Plaintiff Lloyd Hamblin's employment were done in good faith and motivated by legitimate, non-discriminatory and non-retaliatory reasons and/or as a result of business necessity.

AS AND FOR A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendant alleges:

That all damages Plaintiffs have suffered or will suffer are wholly or in part the result of their own actions, or the actions of other parties, not the answering Defendant.

AS AND FOR AN EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION SET FORTH IN PLAINTIFF'S COMPLAINT, Defendant alleges:

That based on information and belief that Plaintiffs could have, through diligence, found other employment and taken other action which would have mitigated their damages, and they had an affirmative duty to do so, which was breached by their failure to find other employment and take other action upon the cessation of Plaintiff Lloyd Hamblin's employment with Defendant.

AS AND FOR A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION SET FORTH PLAINTIFF'S COMPLAINT, Defendant alleges:

That Plaintiffs' Complaint fails to state a claim upon which either attorneys' fees or exemplary damages may be awarded.

AS AND FOR A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO EACH CAUSE OF ACTION SET FORTH PLAINTIFF'S COMPLAINT, Defendant alleges:

That the Court's jurisdiction over the subject matter of the cause of action is preempted by the exclusive remedy provisions of the California Workers' Compensation Act, California Labor Code section 3200, *et seq.*, because Plaintiff's alleged injuries arose as a result of

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 WEST SAN FERNANDO ST.
14TH FLOOR
SAN JOSE, CA 95113.2303
408.998.4150

Defendant's Affirmative Defenses
Firmwide:82169460.1 044295.1001

2.

Case No. 159817

his alleged employment with Defendant.

Defendant has not yet completed a thorough investigation and study or completed discovery of all facts and circumstances of the subject matter of Plaintiffs' Complaint, and accordingly, reserve its right to amend, modify, revise or supplement their Answer, and to plead such further defenses and take such further actions as they may deem proper and necessary in its defense upon the completion of said investigation and study.

WHEREFORE, Defendant prays judgment against Plaintiffs as follows:

1.  For an order dismissing Plaintiffs' claims with prejudice, and entering judgment in favor of Defendant and against Plaintiffs;

2.  For all reasonable costs and attorneys' fees incurred by Defendant in connection with the defense of this matter; and

3.  For such other and further relief as the Court in the exercise of its discretion deems just and proper.

Dated: June 22, 2007

LITTLER MENDELSON

By: /s/ Michael W. Warren
MICHAEL W. WARREN
Attorneys for Defendant
COINSTAR, INC.

Firmwide:82664390.1 056957.1001

Defendant's Affirmative Defenses 3.
Firmwide:82169460.1 044295.1001

Case No. 159817

## PROOF OF SERVICE BY MAIL

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 50 West San Fernando Street, 14th Floor, San Jose, California 95113.2303. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On June 22, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**GENERAL DENIAL AND AFFIRMATIVE DEFENSES**

in a sealed envelope, postage fully paid, addressed as follows:

Rodney J. Key
Law Offices of Rodney J. Key
1428 West Street
Redding, CA 96001

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 22, 2007, at San Jose, California.

_____
Leigh Ann Taaffe

Proof of Service
Firmwide:82671693.1 056957.1001

Case No. 159817