UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

LLOYD HAMBLIN, HOLLY HAMBLIN,

        Plaintiffs,                CIV. NO. S-07-1258 WBS DAD

v.

COINSTAR, INC., and DOES 1
to 30 inclusive,

        Defendants.

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Proposed Discovery Plan, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for October 22, 2007, and makes the following findings and orders without needing to consult with the parties any further.

        I.    SERVICE OF PROCESS

All named defendants have been served and no further service is permitted without leave of court, good cause having been shown under Fed. R. Civ. P. 16(b).

        II.   JOINDER OF PARTIES/AMENDMENTS

No further joinder of parties or amendments to

pleadings is permitted except with leave of court, good cause having been shown under Fed. R. Civ. P. 16(b).  <u>See</u> <u>Johnson v. Mammoth Recreations, Inc.</u>, 975 F.2d 604 (9th Cir. 1992).

### III. JURISDICTION/VENUE

Jurisdiction is predicated upon 28 U.S.C. § 1332 (diversity), and is one which may be removed to this court by defendant pursuant to the provisions of 28 U.S.C. § 1441(b). This is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00. Venue is undisputed and is hereby found to be proper.

### IV. DISCOVERY

If either party seeks any departure from discovery allowed under the Federal Rules of Civil Procedure and the Local Rules, to which the other party does not agree or stipulate, such departure may be sought by written motion properly noticed for hearing before the assigned Magistrate Judge.

The parties have stipulated that each party will serve the initial disclosures required by Fed. R. Civ. P. 26(a)(1) by no later than November 2, 2007.

The parties shall disclose experts and produce reports in accordance with Fed. R. Civ. P. 26(a)(2) by no later than March 28, 2008.

With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Fed. R. Civ. P. 26(a)(2) on or before April 11, 2008.

All discovery, including depositions for preservation of testimony, is left open, save and except that it shall be so

1  conducted as to be <u>completed</u> by June 20, 2008 for non-expert
2  discovery and by June 30, 2008 for expert discovery.  The word
3  "completed" means that all discovery shall have been conducted so
4  that all depositions have been taken and any disputes relevant to
5  discovery shall have been resolved by appropriate order if
6  necessary and, where discovery has been ordered, the order has
7  been obeyed.  All motions to compel discovery must be noticed on
8  the magistrate judge's calendar in accordance with the local
9  rules of this court and so that such motions may be heard (and
10 any resulting orders obeyed) not later than June 20, 2008 for
11 non-expert discovery and by June 30, 2008 for expert discovery.
12              V.   MOTION HEARING SCHEDULE
13              All motions, except motions for continuances,
14 temporary restraining orders or other emergency applications,
15 shall be filed on or before July 11, 2008.  All motions shall be
16 noticed for the next available hearing date.  Counsel are
17 cautioned to refer to the local rules regarding the requirements
18 for noticing and opposing such motions on the court's regularly
19 scheduled law and motion calendar.
20              VI.  FINAL PRETRIAL CONFERENCE
21              The Final Pretrial Conference is set for October 20,
22 2008 at 2:00 p.m. in Courtroom No. 5.  The conference shall be
23 attended by at least one of the attorneys who will conduct the
24 trial for each of the parties and by any unrepresented parties.
25              Counsel for all parties are to be fully prepared for
26 trial at the time of the Pretrial Conference, with no matters
27 remaining to be accomplished except production of witnesses for
28 oral testimony.  Counsel shall file separate pretrial statements,

and are referred to Local Rules 16-281 and 16-282 relating to the contents of and time for filing those statements.  In addition to those subjects listed in Local Rule 16-281(b), the parties are to provide the court with: (1) a plain, concise statement which identifies every non-discovery motion which has been made to the court, and its resolution; (2) a list of the remaining claims as against each defendant; and (3) the estimated number of trial days.

In providing the plain, concise statements of undisputed facts and disputed factual issues contemplated by Local Rule 16-281(b)(3)-(4), the parties shall emphasize the claims that remain at issue, and any remaining affirmatively pled defenses thereto.  If the case is to be tried to a jury, the parties shall also prepare a succinct statement of the case, which is appropriate for the court to read to the jury.

VII.  TRIAL SETTING

The court trial is set for January 13, 2009 in Courtroom No. 5.

VIII.  SETTLEMENT CONFERENCE

A Settlement Conference will be set at the time of the Pretrial Conference.

All parties should be prepared to advise the court whether they will stipulate to the trial judge acting as settlement judge and waive disqualification by virtue thereof.

Counsel are instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully authorized to settle the matter on any terms.  At least seven calendar days before the Settlement Conference counsel for

each party shall submit a confidential Settlement Conference Statement for review by the settlement judge.  If the settlement judge is not the trial judge, the Settlement Conference Statements shall not be filed and will not otherwise be disclosed to the trial judge.

IX.  MODIFICATIONS TO SCHEDULING ORDER

Any requests to modify the dates or terms of this Scheduling Order, except requests to change the dates of the final Pretrial Conference or trial, may be heard and decided by the assigned Magistrate Judge.  All requests to change the dates of the Pretrial Conference and/or trial shall be heard and decided only by the undersigned judge.

DATED:  October 16, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE